State ex rel. Durapau v. Judge of the Fourth Judicial District Court.

No. 4092.—STATE ex rel. DURAPAN *v.* JUDGE OF THE FOURTH JUDICIAL.
DISTRICT COURT.

The clerk of the district court who has been suspended from exercising the functions of his office by the judge of the court has the right to have the legality of such order reviewed on appeal, and a mandamus will issue on application of the clerk, commanding the judge to grant an appeal.

APPLICATION for a Writ of Mandamus. *J. D. Augustin,* for relator. *R. Beauvais,* for respondent.

LUDELING, C. J.    The relator, according to the sworn allegations of his petition, was suspended from exercising the functions of the office of Clerk of the Fourth District Court of the parish of St. Charles by the judge thereof, under section 1955 of the Revised Statutes.

The only question presented for decision now is, whether the relator has a right to appeal from that judgment of suspension ?    The relator alleged in his answer that the law under which the judge was proceeding was unconstitutional.    We think it is clear that he has a right to have an appeal to decide that question.    The defendant has failed to file an answer to the rule *nisi.*

It is therefore ordered that the mandamus be made peremptory.